FILED

NOV 17 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 3:21cr151 |
| v. | ) |
| | ) JUDGES Varlan/Guyton |
| ANDREW RONALD FARR | ) |

## INDICTMENT

### Count 1

The Grand Jury charges that, on or about January 28, 2020, within the Eastern District of Tennessee, the defendant, **ANDREW RONALD FARR**, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson Model SD40 VE, .40 caliber handgun, the firearm having been transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

### Count 2

The Grand Jury further charges that, on or about January 30, 2020, within the Eastern District of Tennessee, the defendant, **ANDREW RONALD FARR**, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, that is, a Hi-Point Model 955 9mm rifle, the firearm having been transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction an offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Counts One and Two of this Indictment, the defendant, **ANDREW RONALD FARR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to:

   (a) a Smith and Wesson Model SD40 VE, .40 caliber handgun;

   (b) Hi-Point Model 955 9mm rifle; and

   (c) Ammunition.

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

/s/ KEVIN S. QUENCER
KEVIN S. QUENCER
Assistant United States Attorney